UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80006-T/P-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SLATERY COSTILLA,

        Defendant.      /

FILED by ___ D.C.
MAY - 6 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on May 6, 2009, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance.

On January 27, 2009, the defendant submitted a urine specimen that was confirmed positive for cocaine by Kroll Laboratory Specialists.

2. Violation of Standard Condition, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month..

The defendant has failed to submit written monthly reports for January, February, and March of 2009.

3. Violation of Standard Condition, by failing to notify the probation officer of

any change in residence.

On or about December 15, 2008, the defendant moved from his approved residence of 218 NW 1st Avenue, Boynton Beach, Florida, and his present whereabouts are unknown.

4. Violation of Standard Condition, by failing to notify the probation officer of a change in employment.

On or about December 10, 2008, the defendant left his employment at M&J Management of PB, Inc., 1326 N. Dixie Highway, Lake Worth, Florida, and he failed to notify the probation office.

5. Violation of Special Condition, by failing to perform community service hours as ordered by the Court.

The defendant failed to submit proof of service for 100 hours of community service for his first year under supervision.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that SLATERY COSTILLA be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth A. Marra, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 6th day of May, 2009.

                                                                                            _____
                                                                                            **LINNEA R. JOHNSON**
                                                                                            **UNITED STATES MAGISTRATE JUDGE**

c:      The Honorable Kenneth A. Marra
         Ellen Cohen, AUSA
         Robin Rosen-Evans, AFPD
         Joan Balis, USPO