UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80006-TP-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SLATERY COSTILLA,

    Defendant.
    _____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing on May 21, 2009, for violations of supervised release. The Court adopts the Magistrate Judge's Report and Recommendation [DE 12] and finds that Defendant violated his supervised release. It is hereby

**ORDERED and ADJUDGED** that Defendant's term of supervised release is revoked and that Defendant is placed back on supervised release for a period of One (1) year with the following special conditions:

1.) Defendant shall reside at the Residential Re-Entry Center for a period of six (6) months and abide by all rules and regulations of the facility. While awaiting placement in the treatment center Defendant shall reside with his wife, Persida Costilla, at 1650 61st Trail South, #1435, West Palm Beach, Florida;

2.) Defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment. Defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay or availability of third party payment.

All standard conditions previously imposed shall remain in effect as well.  If Defendant successfully completes the treatment program and he is in full compliance with the terms of his supervised release, he may seek early termination of his supervised release.

**DONE and ORDERED** in West Palm Beach, this 24th day of May, 2009.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc: All Counsel
     U.S. Probation - Joan Balis
     U.S. Marshal