UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80006-T/P-MARRA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SLATERY COSTILLA,

      Defendant. /

FILED by ___ D.C.
APR 2 1 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on April 21, 2010, for a final hearing on the alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance.

On March 26 and March 30, 2010, the defendant submitted urine specimens which tested positive for cocaine in our local laboratory. The sample of March 26 has been confirmed positive by Kroll Laboratories and the sample of March 30 is pending confirmation.

2. Violation of Mandatory Condition, by failing to submit to drug testing.

On March 8, 2010, the defendant was instructed to report each Monday and Thursday for testing. The defendant failed to report on March 25; March 29; April 1; and April 5, 2010.

The Defendant consulted with counsel and admitted to violating the conditions of

supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that SLATERY COSTILLA be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth A. Marra, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 21st day of April, 2010.

LINNEA R. JOHNSON
**UNITED STATES MAGISTRATE JUDGE**

c: The Honorable Kenneth A. Marra
Robert Waters, AUSA
Robin Rosen-Evans, AFPD
Joan Balis, USPO