UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80006-TP-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SLATERLY COSTILLA,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing on May 6, 2010, for violations of supervised release. The Court adopts the Magistrate Judge's Report and Recommendation [DE 35] and finds the Defendant in violation of his supervised release. Therefore, it is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **revoked** and the Defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Seven (7) months** with no supervision to follow. The Court recommends the Defendant be designated to an institution in South Florida as close to family as possible.

**DONE and ORDERED** in West Palm Beach, this 6th day of May, 2010.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    Robert Waters, AUSA
       Robin Rosen-Evans, Esq.
       U.S. Probation - Joan Balis
       U.S. Marshal